UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERADATA CORPORATION, TERADATA US, INC., and TERADATA OPERATIONS, INC.<br><br>                Plaintiffs,<br><br>       v.<br><br>SAP SE, SAP AMERICA, INC., and SAP LABS, LLC,<br><br>                Defendants. | MISC NO. 2:20-mc-0074 RSM<br><br>**NOTICE OF APPEARANCE** |

TO:        THE CLERK OF COURT;

AND TO:    ALL PARTIES OF RECORD

YOU AND EACH OF YOU will please take notice that Diana Siri Breaux hereby makes and enters her appearance in the above-entitled proceeding on behalf of Teradata Corporation, Teradata US, Inc., and Teradata Operations, Inc.  Accordingly, all further papers and proceedings in said cause, exclusive of original process, may be served upon said Plaintiffs by serving the undersigned attorney at the address below stated:

Diana Siri Breaux<br>
Summit Law Group, PLLC<br>
315 Fifth Avenue S., Suite 1000<br>
Seattle, WA 98104<br>
Tel: (206) 676-7000<br>
Fax: (206) 676-7001<br>
Email: dianab@summitlaw.com

NOTICE OF APPEARANCE -1
MISC NO. ___

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1
2    DATED this 27th day of August, 2020.
3
                                        Respectfully submitted,

4                                         SUMMIT LAW GROUP, PLLC

5                                         By_____
                                          Diana Siri Breaux, WSBA #46112
6                                           315 Fifth Avenue S., Suite 1000
                                          Seattle, WA 98104
7                                           Tel: (206) 676-7000
                                          Fax: (206) 676-7001
8                                           dianab@summitlaw.com

9                                         *Attorneys for Plaintiffs*

10
    4811-6672-8648, v. 1
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE -2
MISC NO. ___