| | |
|---|---|
| From: | Patricia Shillington |
| To: | WAWDdb_NewCasesSea |
| Cc: | Diana Siri Breaux |
| Subject: | Miscellaneous Matter for Filing in USDC Western District of Washington |
| Date: | Thursday, August 27, 2020 4:19:40 PM |
| Attachments: | 8-27-20 Teradata Motion to Compel Microsoft.pdf |
| | 8-27-20 Declaration of David Cross.pdf |
| | 8-27-20 Declaration of Kostis Hatzitaskos.pdf |
| | 8-27-20 Notice of Appearance Diana Siri Breaux.pdf |

Pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure and Local Rule 37(a)(1) of the Western District of Washington, Teradata Corporation respectfully asks the Clerk of the Court to open a new civil case in the "Miscellaneous Matter" category and file the following (attached) documents:

1. Plaintiffs' Motion to Compel Discovery from Microsoft Corporation
2. Declaration of David D. Cross in Support of Teradata's Motion to Compel Discovery from Microsoft
3. Declaration of Kostis Hatzitaskos in Support of Teradata's Motion to Compel Discovery from Microsoft
4. Notice of Appearance of Diana Siri Breaux

It is our understanding that the filing fee for this action is $47.00 and Summit Law Group, PLLC will be sent an invoice for prompt payment. Please let me know if there is any further documentation you require.

Thank you!

**Patricia Shillington** · *Legal Assistant*
206-676-7055
pats@SummitLaw.com



315 5th Ave S Suite 1000
Seattle, Washington 98104

-------------------------- Summit Law Group --------------------------
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at the above e-mail address.