Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERADATA CORPORATION, TERADATA US, INC. and TERADATA OPERATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SAP SE, SA AMERICA, INC., and SAP LABS, LLC, <br><br> Defendants. | No. 2:20-mc-00074-RSM <br><br> **DECLARATION OF LEE HOWARD IN SUPPORT OF MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

I, Lee Howard, declare and state as follows:

1. I am over the age of eighteen years and not a party to this action.

2. I am a litigation paralegal at Microsoft Corporation. I make the statements here based upon my personal knowledge and knowledge or review of regularly maintained business records, as well as on my discussions with appropriate personnel. If called as a witness, I could and would testify competently to the matters stated here.

3. By May 2020, the COVID-19 pandemic had resulted in many Microsoft employees working remotely. This made identifying employees familiar with the issues in Teradata's subpoena and scheduling interviews with those employees far more time consuming than typical as personnel were being pulled in many different obligations and had new and competing demands on their time as a result of COVID-19.

HOWARD DECL. ISO OPPOSITION TO MOT. TO COMPEL
(2:20-mc-00074-RSM) - 1
4817-2405-1914v.3 0025936-003252

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. Summer vacation schedules, remote summer camps, and remote schooling in Washington State further compounded the difficulty of locating and interviewing employees, and identifying responsive documents.

5. In response to Teradata's subpoena, Microsoft conducted approximately 17 interviews with Microsoft employees to assist in identifying and collecting thousands of pages of material, and has produced or is in the process of producing its responsive documents.

6. In response to Teradata's subpoena, Microsoft searched for historic data describing the release date and operation of certain products Teradata identified. The bulk of the responsive material Microsoft located was not available in electronic form, including thousands of pages of hard copy materials describing the operation of those products. Microsoft also located and produced electronic documents discussing Microsoft's release of the relevant products.

7. Microsoft was following the Washington State guidelines and the vast majority of its employees were working remotely. A Microsoft employee therefore had to obtain special permission to physically go into the office to collect materials to ship those hardcopy materials for review at outside counsels' home.

8. Requiring Microsoft, a non-party, to search its records for all marketing materials and plans for 28 versions of one product and "all versions" of three other products, over a span of nine years, would be time consuming, expensive, and impossible to do without undue burden.

9. Microsoft conducted a reasonable search and identified its top 10 customers for each product for each of year Teradata requested. Producing these documents, however, requires the creation of reports that must be manually de-duped and checked for accuracy. Conducting an additional search for 90 smaller customers would significantly, and unnecessarily, increase the burden for Microsoft, as it would result in thousands of lines of data that need to be manually reviewed, de-duped, and checked for errors.

HOWARD DECL. ISO OPPOSITION TO MOT. TO COMPEL
(2:20-mc-00074-RSM) - 2
4817-2405-1914v.3 0025936-003252

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14th 2020, in Seattle, Washington.

_____
Lee Howard

HOWARD DECL. ISO OPPOSITION TO MOT. TO COMPEL
(2:20-mc-00074-RSM) - 3
4817-2405-1914v.3 0025936-003252

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax