UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERADATA CORPORATION, TERADATA US, INC., and TERADATA OPERATIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SAP SE, SAP AMERICA, INC., and SAP LABS, LLC,<br><br>Defendants. | MISC NO. 20-2-mc-0074 RSM<br><br>PLAINTIFFS' UNOPPOSED MOTION TO REMOVE DECLARATION OF DAVID D. CROSS FROM RECORD AND NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY FROM MICROSOFT<br><br>Noted for Hearing: September 17, 2020 |

Plaintiffs respectfully move this Court to withdraw and remove the Declaration of David D. Cross filed as Docket 1-1 on August 27, 2020, from the record in the above-captioned matter. The declaration inadvertently included an exhibit with information from SAP SE, SAP America, Inc., and SAP Labs, LLC (collectively, "SAP") that was designated confidential pursuant to a protective order entered in the underlying litigation between Teradata and SAP and that precludes its public filing.

Counsel for Plaintiffs conferred with counsel for Microsoft about this motion to withdraw and remove the Declaration of David D. Cross, and Microsoft does not oppose the relief sought.

Plaintiffs further provide notice pursuant to LCR 7(l) that they withdraw the pending Motion to Compel Discovery from Microsoft (Dkt. #1) without prejudice to re-file.

PLAINTIFFS' MOTION TO REMOVE DECLARATION OF DAVID D. CROSS FROM RECORD AND NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY FROM MICROSOFT- 1
CASE NO. 20-2-cv-0074 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1   DATED this 17th day of September 2020.

Respectfully submitted,

SUMMIT LAW GROUP, PLLC

By *s/Diana Siri Breaux*
Diana Siri Breaux, WSBA #46112
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Tel: (206) 676-7000
Fax: (206) 676-7001
dianab@summitlaw.com

*Attorneys for Plaintiffs*

4852-8776-0843, v. 3

PLAINTIFFS' MOTION TO REMOVE DECLARATION OF DAVID D. CROSS FROM RECORD AND NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY FROM MICROSOFT- 2
CASE NO. 20-2-cv-0074 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001