UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERADATA CORPORATION, TERADATA US, INC., and TERADATA OPERATIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SAP SE, SAP AMERICA, INC., and SAP LABS, LLC,<br><br>Defendants. | MISC NO. 20-2-mc-0074 RSM<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO REMOVE DECLARATION OF DAVID D. CROSS FROM RECORD AND NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY FROM MICROSOFT |

The Court, having considered Plaintiffs' Unopposed Motion to Remove and Replace Declaration of David D. Cross From Record and Notice Of Withdrawal of Motion to Compel Discovery From Microsoft, orders as follows:

1. The Declaration of David D. Cross filed in this Court by Plaintiffs on August 27, 2020 will be immediately removed from the Court record; and

2. Plaintiffs' Motion to Compel Discovery From Microsoft is withdrawn.

IT IS SO ORDERED.

DATED this _____ day of _____, 2020.

_____
Ricardo S. Martinez
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE DECLARATION FROM RECORD AND NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY FROM MICROSOFT - 1

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Presented by:

SUMMIT LAW GROUP, PLLC

By *s/Diana Siri Breaux*
Diana Siri Breaux, WSBA #46112
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Tel: (206) 676-7000
Fax: (206) 676-7001
dianab@summitlaw.com

*Attorneys for Plaintiffs*

4825-5341-9211, v. 1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE DECLARATION FROM RECORD AND NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY FROM MICROSOFT - 2

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001