Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERADATA CORPORATION, TERADATA US, INC., and TERADATA OPERATIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP SE, SAP AMERICA, INC., and SAP LABS, LLC,<br><br>Defendants. | MISC NO. 2:20-mc-00074 RSM<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM MICROSOFT CORPORATION |

This matter has come before the Court on Plaintiffs' Motion to Compel Discovery from Microsoft Corporation, and the Court having considered the motion and supporting papers, any opposition to the motion and supporting papers, any reply papers, and the records and files herein.

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel Discovery from Microsoft Corporation is GRANTED.

DATED this _____ day of _____, 2021.

_____
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM MICROSOFT CORPORATION - 1

CASE NO. 2:20-mc-00074 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Presented by:

SUMMIT LAW GROUP, PLLC

By *s/Diana Siri Breaux*
Diana Siri Breaux, WSBA #46112
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Tel: (206) 676-7000
Fax: (206) 676-7001
dianab@summitlaw.com

*Attorneys for Plaintiffs*

4852-7202-6825, v. 1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM MICROSOFT CORPORATION - 2

CASE NO. 2:20-mc-00074 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001