# EXHIBIT 1



Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610

**Nara Neves**
(206) 757-8566
naraneves@dwt.com

December 10, 2020

*Via Email*

Mary G. Kaiser
David Cross
David Grothouse
Morrison & Foerster
mkaiser@mofo.com
dcross@mofo.com
dgrothouse@mofo.com

Re:     *Teradata Corp. et al. v. SAP, et al.*, No. 3:18-cv-3670-WHO (N.D. Cal.)

Dear Counsel:

Microsoft is producing the following documents in response to the parties' subpoenas in this matter.  I have included below FTP credentials to download a zip file containing Microsoft's document production, Bates numbered MSFT_18-3670_000023 - MSFT_18-3670_000979.  Please note that these documents have been designated RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY and are being produced in accordance with the protective order.  The zip file is encrypted.  We will send the password to the zip file in a separate email.

**https://dwtlit.ftptoday.com/**
**Username:**  MICROSOFT-Teradata-Us_25936-3252_Opposing
**FTP Password**: sIri9igldayiuiy-
**Zip Password**: [to be sent in separate email]


Sincerely

Davis Wright Tremaine LLP

*s/ Nara Neves*
Nara Neves

cc:     Benjamin Byer
        David Maas

4824-4387-2980v.1 0025936-003252